IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

      Plaintiff,                    No. CIV S-08-2656 GGH P

   vs.

NAPA STATE HOSPITAL, et al.,

      Defendants.            ORDER

_____/

      By order filed December 3, 2008, the court granted plaintiff thirty days to file an amended complaint. In this order, the court informed plaintiff of the deficiencies in his complaint. On December 12, 2008, the December 3, 2008, order was returned unserved. On December 22, 2008, the December 3, 2008, was re-served. Thirty days passed have since December 22, 2008, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      For the reasons given in the December 3, 2008, order, IT IS ORDERED that this action is dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: December 8, 2009

                                         /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
war2656.fta                          UNITED STATES MAGISTRATE JUDGE

1